# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL W. ROSS, ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | CIVIL NO. 07-cv-842-WDS |
| vs. ) | |
| ) | CRIMINAL NO. 02-cr-40004 |
| UNITED STATES of AMERICA, ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## MEMORANDUM AND ORDER

**STEIHL, District Judge:**

This matter is before the Court on Petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255.

On February 9, 2004, Petitioner was found guily, after a jury trial, of conspiracy to distribute cocaine base in violation of 21 U.S.C. §§ 841(a)(1) and 846, and possession with intent to distribute cocaine base in violation of 21 U.S.C. § 841(a)(1). Petitioner was sentenced to total term of 360 months' imprisonment, a total of 5 years supervised release, a $1,200 fine, and a $200 special assessment. Petitioner's convictions and sentences were affirmed on direct appeal. *See United States v. Ross*, No. 04-2584 (7th Cir.) (Order affirming conviction dated June 9, 2005; and Order affirming sentence dated June 7, 2006). The Supreme Court of the United States denied Petitioner's application for a writ of certiorari on November 27, 2006. *Ross v. United States*, No. 06-6553 (Nov. 27, 2006). Petitioner filed the instant motion on December 3, 2007.

In his § 2255 motion, Petitioner asserts three claims that his counsel provided him ineffective assistance in violation of his constitutional rights.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**DATED: January 5, 2009.**

              **s/ WILLIAM D. STIEHL**
              **DISTRICT JUDGE**